1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                           **WESTERN DIVISION**

11

12   RONALD NATHANIEL MAYER,          )     No. CV 11-3021-RSWL (AGR)
                                      )
13                Petitioner,         )
                                      )     JUDGMENT
14         v.                         )
                                      )
15   LELAND SCOTT MCEWEN,             )
                                      )
16                Respondent.         )
                                      )
17   ─────────────────────────────────)

18         Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

19         IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE

20   SUMMARILY DISMISSED for lack of subject matter jurisdiction.

21

22

23   DATED:  April 25, 2011          RONALD S.W. LEW
                                     ─────────────────────────────
24                                        RONALD S.W. LEW
                                     Senior, U.S. District Court Judge
25

26

27

28